affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Townley and Glennon, JJ., dissent for the reasons stated in Appeal No. 1 (*ante*, p. 777).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM FADEN, Appellant. (Appeal No. 5. Information Docket No. 13498.) — Judgment convicting defendant of the crime of usury (Banking Law, § 357) affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Townley and Glennon, JJ., dissent for the reasons stated in Appeal No. 1 (*ante*, p. 777).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM FADEN, Appellant. (Appeal No. 6. Information Docket No. 13645.) — Judgment convicting defendant of the crime of usury (Banking Law, § 357) affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Townley and Glennon, JJ., dissent for the reasons stated in Appeal No. 1 (*ante*, p. 777).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM FADEN, Appellant. (Appeal No. 7. Information Docket No. 13431.) — Judgment convicting defendant of the crime of usury (Banking Law, § 357) affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Townley and Glennon, JJ., dissent for the reasons stated in Appeal No. 1 (*ante*, p. 777).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM FADEN, Appellant. (Appeal No. 8. Information Docket No. 13646.) — Judgment convicting defendant of the crime of usury (Banking Law, § 357) affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Townley and Glennon, JJ., dissent for the reasons stated in Appeal No. 1 (*ante*, p. 777).

STANLEY P. WOODARD, Respondent, v. PHILIP DERONDE, Appellant.—Action in equity for rescission of a transaction between plaintiff and defendant, wherein plaintiff paid to defendant, in June, 1930, $37,164 and received 163 units of Hibernia Trust Company and Hibernia Investment Company, Inc. Plaintiff also seeks restoration of said sum with interest from June, 1930. Interlocutory judgment ordering a rescission of the transaction and that defendant account to plaintiff, and appointing a referee to take such account and compute plaintiff's damages, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THOMAS BURNS, Petitioner, for a Certiorari Order against STATE LIQUOR AUTHORITY OF THE STATE OF NEW YORK, Respondent. — Order of certiorari to review the determination of the respondent, State Liquor Authority of the State of New York, in revoking petitioner's license to sell wines, beer and liquor at retail for consumption on the premises located at 302 City Island avenue, Bronx, unanimously dismissed, and the determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EDWARD HLUBOKY, an Infant, by LOUIS HLUBOKY, His Guardian ad Litem, and LOUIS HLUBOKY, Respondents, v. 1726 DAVIDSON AVENUE CORPORATION, Appellant.—Actions for personal injuries and for loss of services. Plaintiff, a delivery boy, went into the basement of defendant's premises to deliver food, intending to use the dumbwaiter. The customer lived on the second floor. The boy looked up the shaft and saw the dumbwaiter at an upper floor, about the fourth floor. The boy then pulled the rope which would cause the dumbwaiter